# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

―――――――――――――――――――――

### SPECIAL ORDER NO. 3-307

The following cases are transferred to District Judge Keith Starrett, who will be sitting as a Visiting Judge in the Northern District of Texas:

1.   Civil Action No. 3:11-cv-1885-L
     *Green Hills Development Company LLC, et al. v. Credit Union Liquidity Services LLC, et al.*

2.   Civil Action No. 3:13-cv-2110-L
     *Orchestrate HR, Inc. and Vivature, Inc., v. Trombetta, et al.*

3.   Civil Action No. 3:13-cv-3528-L
     *Neto, et al. v. Dmcc Enterprise Inc., et al.*

4.   Civil Action No. 3:13-cv-4031
     *McDaniel v. Family Sleep Diagnostics*

5.   Civil Action No. 3:14-cv-0162
     *Dreschel v. Liberty Mutual Insurance Co.*

6.   Civil Action No. 3:15-cv-0411
     *Gondola v. USMD, et al.*

**SO ORDERED**.

July 22, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE