IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

REINHARD DRECHSEL

V.

LIBERTY MUTUAL INSURANCE
COMPANY d/b/a PEERLESS INSURANCE
COMPANY.

CAUSE NO. 3:14-CV-00162-KS-BN
NOTICE OF APPEAL

## PLAINTIFF REINHARD DRECHSEL'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Reinhard Drechsel ("Drechsel"), Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit, the Final Judgment [Document 96] entered October 20, 2016, which incorporates and references the Memorandum Opinion and Order [Document 95] granting the Motion for Summary Judgment of Defendant.

DATED:  November 17, 2016

Respectfully submitted,

By: /s/ Jane Legler Byrne
    Christine Neill
    Texas Bar No. 00796793
    Jane Legler Byrne
    Texas Bar No. 03565820

Neill & Byrne, PLLC
3141 Hood Street, Suite 310
Dallas, Texas 75219
(214) 748-7777
(214) 748-7778 (facsimiles)
cneill@neillbyrnelaw.com
jleglerbyrne@neillbyrnelaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was provided to all counsel of record for Defendant by electronic ECF filing on this the 17th day of November, 2016.

                                          /s/ Jane Legler Byrne
                                          Jane Legler Byrne